200512068
(dkaster)

UNITED STATES DISTRICT COURT
NORTHERN DIVISION OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Federal Home Loan Mortgage Corporation | Case No. 1:05CV1500 |
| Plaintiff, | Judge Christopher A. Boyko |
| -vs- | |
| Larry Wade aka Larry D. Wade, et al. | ENTRY REACTIVATING PROCEEDING |
| Defendants. | |

Upon motion of the plaintiff and for good cause shown, this Court finds that the automatic stay imposed by a bankruptcy proceeding at Case No. 07-11713 has been modified by an Order Granting Motion for Relief from Stay and Abandonment on April 19, 2007, and for that reason it is hereby

ORDERED THAT these proceedings shall be, and hereby are, reactivated to the original filing date of May 26, 2005 without additional costs.

_____
JUDGE

/s/ Adam R. Fogelman
Adam R. Fogelman, Trial Counsel
Ohio Supreme Court Reg. #0073970
LERNER, SAMPSON & ROTHFUSS
Attorneys for Plaintiff

FILED
MAY - 8 2007
CLERK OF COURTS
U.S. DISTRICT COURT, BLD.O.
CLEVELAND